IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO ARTEAGA, | No. Misc. 04-00013 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| GOVERNOR GEORGE DEUKMEJIAN, | |
| Defendant. / | |

Plaintiff has filed a pleading of the Court which he has entitled "NOTICE OF REMOVAL OF CRIMINAL PROSECUTION AND FEDERAL DIVERSITY SUPPLEMENTAL." The Court dismissed this miscellaneous action; indeed, did not allow plaintiff to file the complaint, in January 2004. The Court subsequently denied plaintiff's motion to vacate and motion to reconsideration. As this action has long been closed, the Clerk is directed to return plaintiff's proposed filing to plaintiff.

**IT IS SO ORDERED.**

Dated: May 7, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\0013misc\orderrefiling.wpd