IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LORENZO ARTEAGA,

    Plaintiff,

v.

GOVERNOR GEORGE DEUKMEJIAN,

    Defendant.

                               /

No. Misc. 04-00013 CRB

**ORDER DIRECTING THAT PROPOSED FILING BE RETURNED TO PLAINTIFF**

    The Court is in receipt of a pleading from Plaintiff entitled "NOTICE OF MOTION AND MOTION AND PETITION FOR RECONSIDERATION TO VACATE VOID JUDGMENTS OF CONVICTION AND SENTENCING." The Court dismissed this miscellaneous action; indeed, it did not allow Plaintiff to file the complaint, in January 2004. See Docket No. 1. The Court subsequently denied Plaintiff's motion to vacate and motion to reconsideration, and directed the Clerk to return another proposed filing to Plaintiff as recently as May 2008. See Docket No. 8. The Court now again directs the Clerk to return Plaintiff's proposed motion to him. The Court further notes that Plaintiff attached a letter to his most recent proposed filing, alleging that Defendants "stole" his money orders, and

//

//

//

asking the Court to mail him documents and to order Defendants to produce documents to the Court. The Court declines to do so.

**IT IS SO ORDERED.**

Dated: January 7, 2010



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE